Eileen Ahern (Bar No. 216822)
eahern@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Mark A. Hiller *(pro hac pending)*
mhiller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
1450 Raleigh Rd., Suite 100
Chapel Hill, North Carolina 27517
Telephone: (919) 328-8814
Facsimile: (919) 328-8791

Matthew S. Queen *(pro hac pending)*
mqueen@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon Street, Suite 2300
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorneys for Defendant*
*TOSHIBA GLOBAL COMMERCE*
*SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MCDANIEL, RIKKI MCDANIEL, JON WILLIAMS, and MOJDEH WILLIAMS, on behalf of themselves and all similarly situated individuals,<br><br>　　　　　Plaintiffs,<br><br>v. | Case No.: 8:24-cv-01772-FWS-ADS<br><br>**JOINT NOTICE OF CLASS ACTION SETTLEMENT AND REQUEST TO VACATE DEADLINES PENDING THE FILING OF A MOTION FOR PRELIMINARY APPROVAL** |

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | TOSHIBA GLOBAL COMMERCE SOLUTIONS and TOSHIBA AMERICA BUSINESS SOLUTIONS, INC., | |
| 3 | | Assigned to the Hon. Fred W. Slaughter |
| 4 | | |
| 5 | Defendants. | |
| 6 | | |

1
JOINT NOTICE OF CLASS ACTION SETTLEMENT AND REQ TO VACATE DEADLINES

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Kyle McDaniel, Rikki McDaniel, Jon Williams, and Mojdeh Williams, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant Toshiba Global Commerce Solutions, Inc.[1] ("Defendant" and, together with the Plaintiffs, the "Parties"), hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case on a class-wide basis. The Parties are currently drafting the formal settlement agreement and motion for preliminary approval of the settlement, and anticipate filing settlement approval documents pursuant to Fed. R. Civ. P. 23(e) within sixty (60) days.

Plaintiffs filed the First Amended Class Action Complaint on December 10, 2024. (ECF No. 17.) Defendant waived service. (ECF No. 18.) Defendant's deadline to respond to the First Amended Class Action Complaint is February 18, 2025.

In light of the Parties' agreement in principle to settle this action, the Parties respectfully request that the Court vacate all pending filing deadlines as to the Parties other than to file a motion for preliminary approval of settlement,

---

[1] The caption incorrectly identifies Defendant as "Toshiba Global Commerce Solutions." The correct name is Toshiba Global Commerce Solutions, Inc.

including, but not limited to, Defendant's deadline to answer, move, or otherwise respond to the First Amended Class Action Complaint.

Respectfully submitted,

Dated: February 14, 2025　　　WILLENKEN LLP

By: /s/ Eileen Ahern
　　Eileen Ahern
　　*Attorneys for Defendant*
　　*TOSHIBA GLOBAL COMMERCE*
　　*SOLUTIONS, INC.*

Dated: February 14, 2025　　　FEDERMAN & SHERWOOD

By: /s/ Kennedy M. Brian
　　Kennedy M. Brian
　　*(admitted pro hac vice)*
　　*Attorneys for Plaintiffs*
　　*KYLE MCDANIEL, RIKKI MCDANIEL,*
　　*JON WILLIAMS, and MOJDEH*
　　*WILLIAMS*

## **SIGNATURE ATTESTATION**

I, Eileen Ahern, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4.

Dated: February 14, 2025　　　　WILLENKEN LLP

By: */s/ Eileen Ahern*
　　Eileen Ahern
　　*Attorneys for Defendant*
　　TOSHIBA GLOBAL COMMERCE SOLUTIONS, INC.