|   |   |
|---|---|
| 1 | Eileen Ahern (Bar No. 216822) |
| 2 | eahern@willenken.com |
|   | WILLENKEN LLP |
| 3 | 707 Wilshire Blvd., Suite 4100 |
| 4 | Los Angeles, California 90017 |
|   | Telephone:  (213) 955-9240 |
| 5 | Facsimile:   (213) 955-9250 |

Mark A. Hiller *(pro hac pending)*
mhiller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
1450 Raleigh Rd., Suite 100
Chapel Hill, North Carolina 27517
Telephone:  (919) 328-8814
Facsimile:   (919) 328-8791

Matthew S. Queen *(pro hac pending)*
mqueen@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon Street, Suite 2300
Charlotte, North Carolina 28246
Telephone:  (704) 377-2536
Facsimile:   (704) 378-4000

*Attorneys for Defendant*
*TOSHIBA GLOBAL COMMERCE*
*SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MCDANIEL, RIKKI MCDANIEL, JON WILLIAMS, and MOJDEH WILLIAMS, on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v. | Case No.: 8:24-cv-01772-FWS-ADS<br><br>**PROOF OF SERVICE BY MAIL**<br><br><br>Assigned to the Hon. Fred W. Slaughter |

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, Suite 4100, Los Angeles, CA 90017.

On the date below, I served the documents(s), described as:

1. **JOINT NOTICE OF CLASS ACTION SETTLEMENT AND REQUEST TO VACATE DEADLINES PENDING THE FILING OF A MOTION FOR PRELIMINARY APPROVAL**

2. **CERTIFICATE AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**

3. **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* -- MARK A. HILLER**

4. **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* – MARK A. HILLER**

5. **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* – MATTHEW S. QUEEN**

6. **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* – MATTHEW S. QUEEN**

on each of the interested parties in this action as follows:

> Toshiba America Business Solutions, Inc.
> 25530 Commercentre Drive
> Lake Forest, CA 92630

☒ **(BY U.S. MAIL)** I placed such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

|   |   |
|---|---|
| 1 | ☒ **(FEDERAL***)*  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |

Executed on **February 14, 2025**, at Los Angeles, California.

Lily Tom
(Type or Print Name)        *[signature: Lily Tom]*
                            Signature