UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:24-cv-01772-FWS-ADS             Date: February 18, 2025

Title: Kyle McDaniel, *et al.* v. Toshiba America Business Solutions, Inc., *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: ORDER VACATING CASE DEADLINES IN LIGHT OF NOTICE OF SETTLEMENT AND SETTING DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [21]**

      The court has received the parties' Joint Notice of Class Action Settlement and Request to Vacate Deadlines Pending the Filing of a Motion for Preliminary Approval. (Dkt. 21 ("Notice").) In the Notice, the parties advise that they "have reached an agreement in principle to settle the instant case on a class-wide basis," "are currently drafting the formal settlement agreement and motion for preliminary approval of the settlement, and anticipate filing settlement approval documents pursuant to Fed. R. Civ. P. 23(e) within sixty (60) days." (Notice at 2.) Based on the record, as applied to the applicable law, and for the good cause demonstrated in the Notice, the court **VACATES** all case management dates and deadlines in this case. The court **ORDERS** Plaintiff to file a motion for preliminary approval of class action settlement on or before **April 17, 2025.**