# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MCDANIEL, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>TOSHIBA AMERICA BUSINESS SOLUTIONS, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:24–cv–01772–FWS–ADS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  <u>  4/17/2025  </u>

Document No.:  <u>  38  </u>

Title of Document:  <u>  Notice of and Motion  </u>

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

**Note:**  In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: <u> April 21, 2025 </u>          By:  <u> /s/ *Trina DeBose  trina_debose@cacd.uscourts.gov* </u>
                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS