# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**KYLE MCDANIEL, RIKKI MCDANIEL, JON WILLIAMS, MOJDEH WILLIAMS,** and **TOM SIMMONS,** on behalf of themselves and all similarly situated individuals,

Plaintiffs,

v.

**TOSHIBA GLOBAL COMMERCE SOLUTIONS, INC.,**

Defendant.

Case No. 8:24-cv-01772-FWS-ADS

**SUPPLEMENTAL DECLARATION OF DANA BOUB REGARDING CLAIM FORM PROCESSING**

1. My name is Dana Boub, and I am over the age of eighteen (18) years. I make this declaration under the penalty of perjury, free and voluntarily, under no coercion, threat, or intimidation, and without promise of benefit or reward, based on my own personal knowledge. If called to testify, I could and would testify consistent with the matters stated herein.

2. I am the Project Manager for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103, the independent third-party settlement administrator retained as Claims Administrator to handle various settlement administration activities in the above-referenced matter, including, but not limited to, mailing of settlement notification packages to Class Members, Claim Form collection and review, claimant correspondence, distribution.

3. RG/2 Claims is a full-service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and

**DECLARATION OF DANA BOUB, CLAIMS ADMINISTRATOR**

1   class action settlement consulting services.  RG/2 Claims' experience includes
2   the provision of notice and administration services for settlements arising from
3   antitrust, data security breach, consumer, civil rights, employment, negligent
4   disclosure, and securities fraud allegations.  Since 2000, RG/2 Claims has
5   administered and distributed in excess of $2 billion in class action settlement
6   proceeds.

7        4.      This declaration is submitted in supplement of the Declaration of
8   Dana Boub on behalf of the Claims Administrator, RG/2 Claims Administration
9   dated September 3, 2025, to provide an update regarding the claims process.

10       5.      As of the date of this Declaration, RG/2 Claims has received 1,348
11  Claim Forms for a claims rate of 21.6%. Of the 1,348 Claim Forms submitted:
12  (i) 1,105 individuals selected the *Pro Rata* Cash Payment (currently estimated
13  to be approximately $195.92 per cash payment, subject to change based on the
14  total claims filed); (ii) 135 individuals selected the California Subclass Payment
15  for a total of $20,250.00; (iii) 6 individuals selected Out-of-Pocket Expenses for
16  a total of $18,690.00; and (iv) 220 individuals made no selection which
17  necessitates further communication with those 220 individuals to ascertain their
18  specific selection. A portion of the claims received are in the review process and
19  these numbers do not reflect final approved claims.

20  I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE
21  UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

22       Executed on September 29, 2025 at Philadelphia, Pennsylvania.

24                          *Dana Boub*
25                          Dana Boub, Declarant

2

**DECLARATION OF DANA BOUB, CLAIMS ADMINISTRATOR**