UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 24-01772-FWS-(ADSx) | Date | October 2, 2025 |
|---|---|---|---|
| Title | Kyle McDaniel v. Toshiba America Business Solutions, Inc. | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Damian Velazquez for Rolls Royce Paschal | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| William B. Federman | Edward Francis Hennessey IV |
| | Eileen M. Ahern |

**PROCEEDINGS:** FINAL APPROVAL HEARING [41]

PLAINTIFF'S MOTION FOR ATTORNEYS' FEES EXPENSES, AND SERVICE AWARDS [42]

PLAINTIFF'S AMENDED MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS [44]

PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [47]

Motions hearing held. The Court hears oral argument from the parties. The Court takes the Motions under submission. Order to issue.

|  | 00 | : | 09 |
|---|---|---|---|
| Initials of Deputy Clerk | dve | | |

cc: